**BLUMENTHAL, NORDREHAUG & BHOWMIK**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Molly A. DeSario (State Bar #230763)
  Aparajit Bhowmik (State Bar #248066)
  Piya Mukherjee (State Bar #274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
Website: www.bamlawca.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS BETORINA, JOSEPH DIAZ, and FRED BELL, individuals on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RANDSTAD US, L.P., a Limited Partnership; and Does 1 through 50, Inclusive,<br><br>Defendants. | CASE No. **3:15-cv-03646-EMC**<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND [PRO~~POS~~ED] ORDER TO VACATE CASE MANAGEMENT CONFERENCE**<br>(reset) |

NOTICE OF SETTLEMENT

Case No.: 3:15-cv-03646-EMC

## **NOTICE OF SETTLEMENT AND STIPULATION TO VACATE CMC**

The parties have reached a class action settlement and are in the process of preparing to file a motion for preliminary approval. The parties, therefore, respectfully request that the Court VACATE the case management conference scheduled for September 15, 2016 so as to allow the parties to file the motion for preliminary approval.

Dated: August 15, 2016          BLUMENTHAL, NORDREHAUG & BHOWMIK

By: _____/s/_____
       Aparajit Bhowmik
       Attorneys for Plaintiffs

Dated: August 15, 2016          SEYFARTH SHAW

By: _____/s/_____
       Aparajit Bhowmik
       Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED. Further CMC reset from 9/15/16 to 10/27/16 at 10:30 a.m. An update joint CMC statement shall be filed by 10/20/16.

Dated: ___8/26___, 2016              _____
                                      UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

# **CERTIFICATE OF SERVICE [F.R.C.P. §5]**

I am a citizen of the United States and a resident of the State of California. I am employed by Blumenthal, Nordrehaug & Bhomik which is located in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2255 Calle Clara, La Jolla, California 92037. On August 15, 2016, I served the document(s) described as below in the manner set forth below:

**(1)    NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER TO VACATE CASE MANAGEMENT CONFERENCE**

_XX_    (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Central District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

_XX_    (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 15, 2016 at La Jolla, California.

_____/s/_____
Aparajit Bhowmik