BLUMENTHAL, NORDREHAUG & BHOWMIK
Norman B. Blumenthal (SBN 068687)
Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
Molly A. DeSario (SBN 230763)
Piya Mukherjee (SBN 274217)
2255 Calle Clara
La Jolla, California 92037
Telephone:    (858) 551-1223
Facsimile:    (858) 551-21232

Attorneys for Plaintiffs


SEYFARTH SHAW LLP
Andrew M. McNaught (SBN 209093)
amcnaught@seyfarth.com
Michael A. Wahlander (SBN 260781)
mwahlander@seyfarth.com
Duwayne A. Carr (SBN 299136)
dacarr@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendant
RANDSTAD US, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS BETORINA, JOSEPH DIAZ, and FRED BELL, individuals on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RANDSTAD US, L.P., a Limited Partnership; and Does 1 through 50, inclusive,<br><br>Defendant. | Case No. 3:15-CV-03646-EMC<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:       December 22, 2016<br>Time:      10:30 a.m.<br>Dept.:      Ctrm. 5 |

Plaintiffs Marcus Betorina, Joseph Diaz, and Fred Bell ("Plaintiffs") and Defendant Randstad US, L.P. ("Randstad") (collectively "the Parties"), by and through their respective counsel, stipulate as

follows:

1. On August 8, 2016, the Parties attended a mediation and reached an agreement to resolve this matter.  They memorialized this agreement in a memorandum of understanding in which the Parties agreed to enter into a long-form settlement agreement.

2. Since then, the Parties have been working to finalize the long-form settlement agreement. The Parties have not yet finalized that settlement due to counsels' schedules and the Parties' desire to present the Court with a long-form agreement sufficient for preliminary approval, which includes a mechanism for class members to opt-into settlement of FLSA claim, which will be asserted in a proposed amended complaint, for settlement purposes only, prepared by Plaintiffs' counsel.

3. A case management conference ("CMC") in this case is currently scheduled for December 22, 2016.  The Court continued the previous CMC to allow the Parties additional time to finish reducing their agreement to writing.  Since the continuance, the Parties have been working together to finalize their agreement.  The Parties are nearly finished with the agreement, but are not yet done.  The Parties still believe that they will be able to reduce their agreement in writing.

4. Since the Parties need to finalize their agreement before Plaintiffs file the preliminary approval papers, which would be the main topic of discussion at the upcoming CMC, the Parties request that the Court continue the case management conference for thirty days or another date that the Court deems appropriate.  The Parties believe that will allow them sufficient time to finalize the long-form settlement agreement so that a motion for preliminary approval can be filed.

**IT IS SO STIPULATED.**

DATED: December 14, 2016                    Respectfully submitted,

BLUMENTHAL, NORDREHAUG & BHOWMIK

BY:  /s/ Kyle R. Nordrehaug
   Norman B. Blumenthal
   Kyle R. Nordrehaug
   Aparajit Bhowmik
   Piya Mukherjee

Attorneys for Plaintiff
MARCUS BETORINA, JOSEPH DIAZ and FRED BELL

DATED: December 14, 2016                     Respectfully submitted,

                                             SEYFARTH SHAW LLP

                                             BY:  /s/ Michael A. Wahlander
                                                  Andrew M. McNaught
                                                  Michael A. Wahlander
                                                  Duwayne A. Carr

                                             Attorneys for Defendant
                                             RANDSTAD US, L.P.

### ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Michael A. Wahlander, attest that concurrence in the filing of this stipulation has been obtained from the signatory, Kyle Nordrehaug, counsel for Plaintiff.

DATED:  December 14, 2016                    By:     /s/ Michael A. Wahlander
                                                     Michael A. Wahlander

### [PROP~~O~~SED ORDER]

Pursuant to the Parties' stipulation and good cause appearing therefore, the Court orders as follows:

The Case Management Conference currently scheduled for December 22, 2016 is VACATED. The Case Management Conference is reset for __2/2__, 2017.  A Joint Case Management Conference Statement is due on __1/26__, 2017.

**IT IS SO ORDERED.**

DATED: __12/20__, 2016                       _____
                                             Hon. Edward M. Chen
                                             United States District Court Judge
                                             Northern District of California

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

36216539v.1

3